IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:16-CR-59-FL-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| IRVIN LEE JACKSON, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on Defendant's *pro se* motion seeking the withdrawal of his current counsel and the appointment of new counsel. [DE-26]. The motion is unopposed and the court addressed the basis of the motion with the parties in open court. For the reasons stated in open court the motion is ALLOWED.

NOW THEREFORE, it is ordered that the Office of the Federal Public Defender is withdrawn as counsel for Defendant.

IT IS FURTHER ordered that the Federal Public Defender's Office is directed to assign new counsel for Defendant.

IT IS FURTHER ordered that Defendant's arraignment is continued to January 10, 2017. This court finds that the ends of justice served by continuing this matter outweigh the best interests of the public and Defendant in a speedy trial. It is therefore ordered that the period of delay necessitated by this continuance is excluded from speedy trial computation pursuant to 18 U.S.C. § 3161(h)(7)(A).

So ordered the 16th of November 2016.

Robert B. Jones, Jr.
United States Magistrate Judge